HENRY HAYDEN *v.* STATE OF MISSISSIPPI.

CRIMINAL LAW AND PROCEDURE. *Appeal. Supreme Court. Jurisdiction.*

The supreme court is without jurisdiction of an appeal, in a criminal case which is prosecuted before judgment from a verdict convicting the appellant, and will of its own motion dismiss the same.

FROM the circuit court of Alcorn county.

HON. EUGENE O. SYKES, Judge.

Hayden, the appellant, was indicted and tried for practicing medicine without obtaining the license required by law. The jury returned a verdict finding appellant guilty as charged, and the court recorded the verdict and entered an order postponing sentence pending an appeal to the supreme court from the conviction. The case was argued and submitted to the supreme court.

*J. A. P. Campbell* and *Boone & Curlee,* for appellant.

*Monroe McClurg,* attorney-general, for appellee.

WHITFIELD, C. J., delivered the opinion of the court.

There was no final judgment in this case. There is nothing but the verdict of the jury. We can only entertain appeals from circuit courts in case of final judgments. In the second volume of Ency. Plead. & Prac., p. 150, it is said, "no appeal can be taken, therefore, from a verdict of guilty unless the judgment is entered thereon."

In the second volume of Ency. Law and Proc., p. 614, it is said: The existence of a judgment or an appealable order being a jurisdictional fact, an appeal or writ of error will not lie unless there has been such a judgment, or order, in the court below;" and on p. 616, "A writ of error or appeal will not lie from the verdict of the jury without an entry of judgment

thereon." It is perfectly clear that we are without jurisdiction in this case, and can take no action save to dismiss the appeal. It is due to counsel for appellant to say that they called attention before arguing the case at bar to the absence of any judgment.

*Appeal dismissed.*